**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., § § § § § § § § § § § | |
| Plaintiffs, | CIVIL ACTION NO. 2:17-cv-0348-JRG |
| v. | **JURY TRIAL DEMANDED** |
| HIKE LTD., | |
| Defendant. | |

**NOTICE OF EFFORTS TO SERVE
FOREIGN DEFENDANT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together "Uniloc"), hereby provide notice to the Court of its efforts to serve Summons upon Defendant Hike Ltd. ("Hike).

1. Plaintiffs filed its complaint against Hike Ltd. on April 21, 2017. A summons to Hike Ltd. was issued on May 2, 2017.

2. Hike Ltd. is a company organized and domiciled in India. Its address is World Mark I, 4th Floor, Tower-A, Asset Area No. 11, Hospitality District, Indira Gandhi International Airport, New Delhi, India 110037.

3. Consistent with Federal Rule of Civil Procedure 4(f), Plaintiffs initiated service of the Complaint through The Hague Convention. Plaintiffs also initiated Hague Convention service upon Hike in other cases between the parties concerning similar accused products. *See* Case Nos. 2:17-cv-00349, 2:17-cv-00475, and 2:17-cv-00476. It is anticipated that The Hague process for fully effecting service could take six months or longer.

4. Under Federal Rule of Civil Procedure 4(m), the deadline for service is ordinarily 90 days after the complaint is filed – in this case July 20, 2017. This deadline does not, however, apply to service in a foreign country under Rule 4(f).

5.       Additionally, Uniloc has also initiated service with the Texas Secretary of State for a foreign defendant doing business in Texas.

Dated: July 20, 2017                                    Respectfully submitted,

*/s/ James L. Etheridge*

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis L. Richins
Texas State Bar No. 24061296
Jeffrey Huang
California State Bar No. 266774
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

***Counsel for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.***