

## The State of Texas
### Secretary of State

FILED-CLERK
U.S DISTRICT CO...

2017 OCT 16 PM 12: 36

EASTERN...MARSHALL

2017-281726-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Original Complaint for Patent Infringement in the cause styled:

> Uniloc USA, Inc, et al VS Hike Ltd.
> United States District Court Eastern District of Texas
> Cause No: 217CV00348

was received by this office on July 24, 2017, and that a copy was forwarded on July 27, 2017, by REGISTERED MAIL, return receipt requested to:

> Hike Ltd
> World Mark 1, 4th Floor, Tower-A, Asset area no. 11
> Hospitality District, Indira Gandhi International Airport
> New Delhi, 110037
> India

As of this date, no response has been received in this office.



Date issued: September 27, 2017

Rolando B. Pablos
Secretary of State

GF/vm